STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**RAYMOND CARDIN RAMIREZ**  Case No. 11-03357-SEK

Chapter 13  Attorney Name: R FIGUEROA CARRASQUILLO LAW OFFICE

## I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [ ] Present | [ ] Absent |

[ ] Prose

[X] Substitute   M. Vega

**Date & Time:** 5/20/2011   4:54:00PM

[X] R     [ ] NR    LV:  0.00

[X] This is debtor(s) 3 Bankruptcy filing.

**Creditors:**

## II. Oath Administered

[X] Yes          [ ] No

## III. Plan

Date:  04/20/2011     Base:   $43,560.00   Payments 0 made out of 1 due.

Confirmation Hearing Date:   6/24/2011   9:00:00AM

Evidence of Pmt shown:  Yes

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $746.00  =  $2,254.00

## IV. Status of Meeting

[X] Closed       [ ] Not Held      [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**RAYMOND CARDIN RAMIREZ**  Case No.  **11-03357-SEK**

Chapter 13  Attorney Name:  **R FIGUEROA CARRASQUILLO LAW OFFICE**

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [X] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
|  | [ ] State - years |
| [ ] Fails liquidation value test | |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
|  | [ ] Monthly reports for the months |
| [ ] Appraisal | |
|  | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information | [ ] Premises |
|  | [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

Note: (07-10 tax returns provided)

Note: Maturity date for Retiro Loan is December 12, 2014.

1. Amend SOFA to include transfer of a vehicle (Mazda 3) in May 2009 for 1,500.00.

s/Pedro R Medina  Date:  05/20/2011

**Trustee/Presiding Officer**  (Rev. 02/11)